ED-PA      MDL-875

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| WILLIAM R. CREWS, | * | |
| | * | Civil Action No. CV291-83 |
| Plaintiff | * | |
| | * | |
| Vs. | * | |
| | * | |
| OWENS-CORNING FIBERGLAS, CORP., | * | |
| et al., | * | |
| | * | |
| Defendants | * | |

## O R D E R

THIS cause coming on to be heard by the Court on the application of attorneys for plaintiff that Aldine E. Crews, Individually and as Executrix of the Estate of William R. Crews, deceased be substituted as plaintiff in the above entitled cause, and that Aldine E. Crews, Individually and as Executrix of the Estate of William R. Crews, deceased, be allowed to amend the Complaint so as to add a cause of action for the wrongful death of her deceased spouse; and the Court having considered the Motion filed in this cause, and being now fully advised in the premises,

IT IS HEREBY ORDERED that the Motion be granted and that Aldine E. Crews, Individually and as Executrix of the Estate of William R. Crews, deceased, be substituted as plaintiff herein.

IT IS FURTHER ORDERED, that Aldine E. Crews, Individually and as Executrix of the Estate of William R. Crews, deceased, is allowed to amend the complaint to add a cause of action for the wrongful death of her spouse.

SO ORDERED, this 6th day of January, 2005.

_____
JUDGE, U.S. DISTRICT COURT
James T. Giles